**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TIMOTHY DEMOND PATE** | **CIVIL ACTION** |
| **V.** | **NO. 25-2305** |
| **MICHAEL SEWELL, ET AL.** | **SECTION: C (2)** |

### ORDER

Considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that plaintiff filed no objection to the Magistrate Judge's Findings and Recommendation within the delays provided by law,

**IT IS ORDERED** that the Magistrate Judge's Findings and Recommendation are approved and adopted by the court.

**IT IS FURTHER ORDERED** that all of plaintiff's claims are **DISMISSED WITH PREJUDICE**, as frivolous.

New Orleans, Louisiana, this 27th day of March, 2026.

_____
**WILLIAM J. CRAIN**
**UNITED STATES DISTRICT JUDGE**